# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148670 & (17)(18)

STEVEN MACDONALD, as Guardian and
Conservator of CARRIE MACDONALD, a
Legally Incapacitated Individual and STEVEN
MACDONALD, Individually,
        Plaintiffs-Appellees,

v

WILMA GRACE GOMEZ, R.N. and
WILLIAM BEAUMONT HOSPITAL,
        Defendants-Appellants.

SC: 148670
COA: 319161
Oakland CC: 2012-125360-NH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion for stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2014 _____

d0218



Clerk